OSCN Found Document:AIRCRAFT ACCESSORIES OF OK v. DENTON

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 AIRCRAFT ACCESSORIES OF OK v. DENTON
2015 OK 31
Case Number: 113655
Decided: 03/30/2015
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2015 OK 31, __ P.3d __

 

AIRCRAFT ACCESSORIES OF OK and ARCH INSURANCE COMPANY, Petitioners,
v.
TERRY L. DENTON, COMPSOURCE OKLAHOMA &/or AMERICAN HOME ASSURANCE &/or NEW HAMPSHIRE INSURANCE CO. &/or CAROLINA CASUALTY INS. CO. &/or OLD GLORY INSURANCE CO. and THE WORKERS' COMPENSATION COURT OF EXISTING CLAIMS, Respondents.

ORDER

On the Court's own motion, this review proceeding is hereby dismissed as untimely because it was commenced on February 11, 2015, more than 20 days after a copy of the January 20, 2015 order was sent to the parties. 85A O.S. § 400(L), Rule 1.100 of the Oklahoma Supreme Court Rules, Carlock v. Workers' Compensation Commission, 2014 OK 29, ¶ 2, 324 P.3d 408.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 30th DAY OF MARCH, 2015.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Oklahoma Supreme Court Cases
 Cite
Name
Level

 2014 OK 29, 324 P.3d 408, CARLOCK v. WORKERS' COMPENSATION COMMISSION
Discussed
Title 85A. Workers' Compensation
 Cite
Name
Level

 85A O.S. 400, Dissolution of the Workers' Compensation Court
Cited